**ERICA K. ZUNKEL**
California State Bar No. 229285
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
erica_zunkel@fd.org

Attorneys for Mr. Vasquez-Cabrera

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELEAZAR VASQUEZ-CABRERA, ) <br> ) <br> Defendant. ) <br> ) | Case No. 07mj2791 <br><br> **NOTICE OF APPEARANCE** |

       Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Erica Zunkel and Bridget L. Kennedy, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorneys in the above-captioned case.

                                            Respectfully submitted,

Dated: December 5, 2007              *s/ Erica Zunkel*
                                             Federal Defenders of San Diego, Inc.
                                             Attorneys for Defendant
                                             erica_zunkel@fd.org